# FILED

05/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0153

In the Supreme Court of the State of Montana
DA 24-0153

WILD MONTANA, MONTANA WILDLIFE FEDERATION, AND MONTANA ASSOCIATION OF COUNTIES,

*Petitioners/Plaintiff and Appellees*,

v.

GREG GIANFORTE, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MONTANA; AND CHRISTI JACOBSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE.

*Defendants and Appellants.*

## ORDER

Pursuant to Appellants' motion to stay proceedings in this matter and good cause appearing,

IT IS HEREBY ORDERED that the motion to stay is GRANTED. The briefing deadlines in this appeal shall be stayed pending the District Court's resolution of Appellees' motions for attorney fees and costs. The notices of appeal filed by the Governor and the Secretary of State shall be deemed filed on the day the District Court enters its order on the attorney fees and costs.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 29 2024